IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

CHRISTOPHER CHAPPELL,

    Defendant.

Criminal Action No.
19-00213-01-CR-W-DGK

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§922(g)(1) and 924(a)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Mary Kate Butterfield for Matthew Moeder
    Defense:     Joseph Vanover

**OUTSTANDING MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:    6-8 with stipulations; 8-10 without stipulations
    Defendants:    2-6 witnesses

**TRIAL EXHIBITS**
    Government:    20-25 exhibits
    Defendant:     10-30 exhibits for defendant

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

1

**TRIAL TIME:** **2-2 ½ days**
   Government's case including jury selection:   2 days
   Defense case: ½ day

**STIPULATIONS**:   A stipulation is likely as to the defendant's status as a felon.

**UNUSUAL QUESTIONS OF LAW:**   None

**TRIAL SETTING**: Criminal jury trial docket commencing 11/30/2020
   **Please note:**. Defense counsel will be filing a motion to continue; neither the Government nor Defendant object.   If the motion to continue were not to be granted, the Government requests the second week of the docket.

   **IT IS SO ORDERED.**

                                                                 /s/ Jill A. Morris
                                                                JILL A. MORRIS
                                                                United States Magistrate Judge

Kansas City, Missouri
11/9/2020